## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEETOGROUP, LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>PUSHNAMI LLC; DIGIPROPZ, LLC; EMERSON SMITH; CLAIRE SMITH; JOSHUA BRIGGS; GAVIN GAYDEN; and DOES 1-10,<br><br>                        Defendants. | Case No.: 25-cv-02031-H-DDL<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 17.] |

On October 9, 2025, the parties filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  (Doc. No. 17.)  In the joint motion, the parties also agree that the parties will bear their own fees, costs, and expenses.  (Id.)  The Court, for good cause shown, grants the joint motion to dismiss.  The Court dismisses the action with prejudice and with the parties to bear their own fees, costs, and expenses.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: October 9, 2025

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1

25-cv-02031-H-DDL